UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80177-CIV-CANNON

**HOWARD COHAN**,

    Plaintiff,

v.

**LOCH BAR BOCA, LLC**,

    Defendant.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ryon M. McCabe on Plaintiff's Motion for Attorneys' Fees and Costs (the "Report") [ECF No. 17]. The Report recommends that the Court grant in part Plaintiff's motion [ECF No. 13] and award Plaintiff a fee and cost award totaling $5,267.20 [ECF No. 17]. Defendant failed to respond to the Motion within the time permitted by law. Further, no party has filed objections to the Report, and the time to do so has expired.[1]

Fully advised in the premises, the Court finds no clear error in the Report. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 17] is **ACCEPTED**.

2. Plaintiff's Motion for Attorneys' Fees and Costs [ECF No. 15] is **GRANTED** for the reasons stated in the Report.

---

[1] Plaintiff filed a Notice indicating that he does not intend to file objections to the Report [ECF No. 18]. The Court previously mailed all default-judgment-related Orders to Defendant at the address on file [ECF Nos. 7, 11]. Defendant has not appeared.

CASE NO. 24-80177-CIV-CANNON/McCabe

3. Plaintiff is awarded attorneys' fees and costs in the amount of **$5,267.20** [ECF No. 17].

4. Final judgment to follow.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of July 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record